DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KELLY D. FEIG, ESQUIRE** and **THE LAW OFFICES OF KELLY D. FEIG, P.A.,**
Appellants,

v.

**GUARDIANSHIP OF ERIC MADERA,**
Appellee.

No. 4D22-282

[January 19, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Charles M. Greene, Judge; L.T. Case No. PRC210003261.

Kelly D. Feig of The Law Offices of Kelly D. Feig, P.A., Hallandale Beach, for appellants.

Scott A. Weiss and R. Daniel Sirois of Scott A. Weiss, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***